Cathy A. WHITE and Thomas
G. White, Appellants,

v.

Brent A. PEINE, et al., Respondents.

No. 70794.

Missouri Court of Appeals,
Eastern District,
Division Five.

Feb. 3, 1998.

David Schmidt, O'Fallon, for appellants.

James Leritz, St. Louis, for respondents.

Before CRAHAN, C.J., JAMES R.
DOWD, J., and CHARLES B. BLACKMAR,
Senior Judge.

### ORDER

PER CURIAM.

Plaintiffs appeal the judgment entered on a jury verdict in favor of Defendants in a negligence action arising out of a traffic accident. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the reasons for this order. The

judgment is affirmed in accordance with Rule 84.16(b).